IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00947-TPO

TEODULO CASTILLO LEDEZMA,

      Petitioner,

v.

JUAN BALTAZAR, Warden,
GEO group, U.S. Immigration and Customs Enforcement
Contract Detention Facility;
ROBERT HAGAN, Field Office Director,
U.S. Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
U.S. Immigration and Customs Enforcement;
KRISTI NOEM, Secretary of the
U.S. Department of Homeland Security;
PAMELA BONDI, Attorney General of the United States;

in their official capacities, and

      Respondents.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge on March 19, 2026.**

Petitioner's Notice of Voluntary Dismissal [ECF 5] is self-effectuating, and this matter was dismissed without prejudice as of filing. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Court notes that Petitioner was released on March 13, 2026, and his Petition is now moot.

The Clerk of Court is directed to close this case.